UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ERIC DESHAWN FLOWERS,

   Petitioner,      Case No. 1:18-cv-787

v.             Honorable Paul L. Maloney

TONY TRIERWEILER,

   Respondent.
_____/

## **ORDER**

  In accordance with the Opinion entered this day:

  **IT IS ORDERED** that Petitioner's motion for stay (ECF No. 4) is **DENIED.**

  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: August 13, 2018      /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge