UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ERIC DESHAWN FLOWERS,

        Petitioner,

v.

TONY TRIERWEILER,

        Respondent.

_____/

Case No. 1:18-cv-787

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   August 13, 2018                    /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                       United States District Judge